NUMBER 13-03-101-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


TERRY MAUREEN POLASEK , Appellant,



v.




MARCUS WAYNE POLASEK , Appellee.

____________________________________________________________________



On appeal from the 156th District Court

of San Patricio County, Texas.


____________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam



 Appellant, Terry Maureen Polasek , perfected a restricted appeal from a judgment entered by the 156th District Court of
San Patricio County, Texas, in cause number S-02-5434FL-B . The notice of appeal was filed on February 12 , 2003. 
Pursuant to Tex. Gov't Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing
of an appeal. To date, appellant has failed to pay the filing fee. 

 On March 12, 2003, pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that she was delinquent in remitting
this filing fee and that, unless the filing fee was paid within ten days from the date of receipt of this Court's notice, this
appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

 The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the opinion that
the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 17th day of April, 2003.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).